BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 353-9265
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:24-cv-00119-LL-JLB<br><br>**ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Hon. Linda Lopez |

Defendant the U.S. Department of Justice, through undersigned counsel, hereby answers the numbered paragraphs of Plaintiffs' Complaint, ECF No. 1, in this Freedom of Information Act ("FOIA") action, as follows:

The introductory paragraph characterizes the nature of this action, to which no response is required.

1. Paragraph 1 consists of Plaintiffs' legal conclusions regarding jurisdiction, to which no response is required.

2. Paragraph 2 consists of Plaintiffs' legal conclusions regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.

5. Defendant admits the first sentence of paragraph 5. The second sentence of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

6. Defendant admits that the Federal Bureau of Investigation ("FBI") received a FOIA request from Plaintiff Estate of Ashli Babbitt on February 27, 2023. Defendant respectfully refers the Court to the request for a complete and accurate statement of its contents, and denies any allegations inconsistent therewith. Defendant admits that the FBI assigned this request no. 1585292-000.

7. Defendant admits that the FBI received a FOIA request from Plaintiff Aaron Babbitt on February 27, 2023. Defendant respectfully refers the Court to the request for a complete and accurate statement of its contents, and denies any allegations inconsistent therewith. Defendant admits that the FBI assigned this request no. 1585287-000.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Defendant admits that it had not issued a final response to Plaintiffs' FOIA requests or produced any documents by the time Plaintiffs filed the Complaint on January 17, 2024.

13. Defendant incorporates by reference its responses to the preceding paragraphs.

14. Paragraph 14 consists of Plaintiff's legal conclusion, to which no response is required.

15. Paragraph 15 consists of Plaintiff's legal conclusions, to which no response is required.

The remaining paragraph constitutes Plaintiff's request for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the requested relief, or any relief whatsoever.

Defendant denies all allegations of the Complaint not expressly admitted or denied herein.

## **DEFENSES**

1. Plaintiffs are not entitled to compel production of records or portions thereof protected from disclosure by one or more exemptions to FOIA. *See* 5 U.S.C. § 552(b).

2. Defendant has exercised due diligence in processing Plaintiff's FOIA request, and exceptional circumstances exist that necessitate additional time for Defendant to continue processing the request. *See* 5 U.S.C. § 552(a)(6)(C).

Dated: February 28, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)

*Counsel for Defendant*