**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:24-cv-00119-LL-JLB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE, JOINT DISCOVERY PLAN, AND PROPOSED SCHEDULE, AND REQUIRING FILING OF JOINT STATUS REPORTS [ECF NO. 7]** |

Upon consideration of the parties' Joint Motion to Vacate Early Neutral Evaluation Conference and Case Management Conference, Joint Discovery Plan, and Proposed Schedule (ECF No. 7), the Motion is **GRANTED**. The Early Neutral Evaluation and Case Management Conferences set for April 2, 2024, are hereby VACATED, along with the requirement to submit Early Neutral Evaluation Statements and a Joint Discovery Plan by March 26, 2024.

/ / /

     **IT IS FURTHER ORDERED** that the following schedule is adopted for the above-captioned matter: Defendant shall make its first interim response to Plaintiffs' FOIA requests by July 31, 2024, and shall make rolling productions of responsive, non-exempt records every four weeks, based on a review of at least 500 pages of potentially responsive materials per month. The parties shall file joint status reports every 60 days following the initial response, before filing a final status report after the last production that identifies whether any issues remain in the case and proposes a summary judgment briefing schedule if issues remain.

     The parties' first joint status report shall be filed on or before **September 30, 2024**.

     **IT IS SO ORDERED**.

Dated: March 26, 2024

*[signature]*
Hon. Jill L. Burkhardt
United States Magistrate Judge