BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 353-9265
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>       Plaintiffs,<br><br>       v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>              Defendant. | Case No. 3:24-cv-00119-LL-JLB<br><br>**JOINT STATUS REPORT AND UNOPPOSED MOTION FOR MODIFICATION OF PROCESSING SCHEDULE** |

In accordance with this Court's Order on March 26, 2024 (ECF No. 8), Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant") submit this Joint Status Report.  This Report also includes Defendant's unopposed motion to revise the Court's Order to permit Defendant to make rolling productions on a monthly basis, as opposed to "every four weeks," in order to enable the Federal Bureau of Investigation ("FBI") to conduct processing in this case in a standardized fashion.  The parties report as follows:

1. Plaintiffs seek to obtain disclosure of records and other appropriate relief pertaining to two FOIA requests sent on February 27, 2023. The Complaint was filed on January 17, 2024, ECF No. 1, and answered on February 28, 2024, ECF No. 5.

2. The parties conferred regarding the timetable and filed a Joint Discovery Plan on March 25, 2024 (ECF. No. 8) requesting that the Court enter a scheduling order that required the FBI to make its first interim response on July 31, 2024, and then to make rolling productions of responsive, non-exempt records every four weeks, based on a review of at least 500 pages of potentially responsive records per month.

3. On March 26, 2024, the Court issued an order (ECF No. 8) granting the parties' requested scheduling order.

4. Since the filing of the March 25, 2024 Joint Discovery Plan, the FBI determined that the proposed scheduling order should have used the language of "rolling productions on a monthly basis" rather than "rolling productions every four weeks."  The FBI's standard processing schedule typically requires the FBI to make interim productions on a monthly basis, rather than a weekly basis.  This standardized schedule allows the FBI to handle a large number of requests and productions in a standardized way, and it ensures that the FBI has adequate time for handling each step of the production, including the time needed for review by the necessary subject matter experts and to make any revisions that may be required prior to finalizing processing.

5. Accordingly, Defendant requests that the Court revise its March 26, 2024

scheduling order to permit the FBI to make the rolling productions on a monthly basis. Plaintiffs do not oppose Defendant's request to change the production schedule from every four weeks to monthly.

6. To date, the FBI has made two productions:

    a. On July 31, 2024, the FBI made its first interim production, which consisted of 509 pages reviewed, of which 67 pages were released with redactions. The 509 pages of documents included records that required consultation by other government agencies ("OGAs"). The FBI is consulting with the OGAs and awaiting their response.

    b. On August 30, 2024, the FBI made its second interim production, which consisted of 509 pages reviewed, of which 82 pages were released with redactions. The 509 pages of documents included records that required consultation by OGAs. The FBI is consulting with the OGAs and awaiting their response.

7. The FBI plans to make its next interim release on September 30, 2024.

8. The parties will file another joint status report by Friday, November 29, 2024.

Dated: September 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)

*Counsel for Defendant*


JUDICIAL WATCH, INC.

/s/ *Robert Patrick Sticht*
ROBERT PATRICK STICHT

*Counsel for Plaintiffs*

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Robert Patrick Sticht and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ *Cameron Silverberg*
CAMERON SILVERBERG