UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBIT, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　　　Defendant. | Case No.: 24-cv-00119-LL-JLB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF PROCESSING SCHEDULE**<br><br>**[ECF No. 9]** |

Before the Court is Defendant's unopposed motion for modification of processing schedule. (ECF No. 9.) Good cause appearing, the motion is **GRANTED**. Accordingly, the requirement in the Court's March 26, 2024 Order (ECF No. 8) that Defendant "make rolling productions of responsive, non-exempt records every four weeks, based on a review of at least 500 pages of potentially responsive materials per month," is modified as follows:

Defendant shall make rolling productions of responsive, non-exempt records on September 30, 2024, and every month thereafter, based on a review of at least 500 pages of potentially responsive materials per month.

***Sua sponte*, the Court also orders that at least every four months, beginning December 2024, Defendant shall include in the status report an approximation of how many documents (by number or percentage) have been reviewed and how many remain to be reviewed.**

**IT IS SO ORDERED.**

Dated: October 3, 2024

Hon. Jill L. Burkhardt
United States Magistrate Judge