BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 353-9265
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            Defendant. | Case No. 3:24-cv-00119-LL-JLB<br><br>**JOINT STATUS REPORT** |

1

In accordance with this Court's Order on March 26, 2024 (ECF No. 8), Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant") submit this Joint Status Report. The parties report as follows:

1. Plaintiffs seek to obtain disclosure of records and other appropriate relief pertaining to two FOIA requests sent on February 27, 2023. The Complaint was filed on January 17, 2024, ECF No. 1, and answered on February 28, 2024, ECF No. 5.

2. Under the scheduling order entered on October 3, 2024, the Federal Bureau of Investigation ("FBI") must make rolling productions of responsive, non-exempt records every month, based on a review of at least 500 pages of potentially responsive materials per month. *See* ECF No. 10.

3. As indicated in the parties' JSR filed on September 30, 2024, the FBI made two interim productions in July and August 2024. ECF No. 9. In the time since that JSR was filed, the FBI has made two further productions:

   a. On September 30, 2024, the FBI made its third interim production, which consisted of 504 pages reviewed, of which 23 pages were released.

   b. On October 31, 2024, the FBI made its fourth interim production, which consisted of 513 pages reviewed, of which 0 pages were released.

4. The FBI plans to make it next interim release on November 29, 2024.

8. The parties will file another joint status report by Tuesday, January 28, 2025.

Dated: November 29, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)

*Counsel for Defendant*


JUDICIAL WATCH, INC.
/s/ *Robert Patrick Sticht*
ROBERT PATRICK STICHT

*Counsel for Plaintiffs*

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Robert Patrick Sticht and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ *Cameron Silverberg*
CAMERON SILVERBERG