ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 353-9265
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:24-cv-00119-LL-JLB<br><br>**JOINT MOTION FOR MODIFICATION OF PROCESSING SCHEDULE** |

1

Defendant U.S. Department of Justice ("Defendant") seeks to modify the processing schedule set in the Court's Orders on March 26, 2024, and October 3, 2024, under which (1) Defendant must make rolling productions on a monthly basis, (2) the parties must submit Joint Status Reports ("JSRs") every sixty days, and (3) at least every four months, Defendant must include in the JSR an approximation of how many documents have been reviewed and how many remain to be reviewed. Under these Orders, Defendant has its next response due at the end of February, and the next JSR is due by March 31, 2025. Defendant respectfully requests that its response deadlines for the months of February and March be suspended, and that its next response be due by April 30, 2025, with monthly rolling responses to resume thereafter. Defendants further request that the parties' deadline to file their next JSR be extended to May 16, 2025.

Good cause exists for these modifications to the schedule. In light of the change in Administration, Defendant's counsel seeks additional time to confer with new leadership within the Department of Justice and the Federal Bureau of Investigation about this matter, and some of this leadership is still in the process of being installed. Additional time for consideration is further warranted because of the significant workload that the Department and its leadership is currently experiencing, much of which is time-sensitive and resource-demanding. Plaintiffs do not oppose this Motion, and it is accordingly submitted as a joint filing per the Court's Civil Chambers Rules.

| | |
|---|---|
| Dated: February 25, 2025 | Respectfully submitted, |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br>Civil Division, Federal Programs Branch |
| | /s/ *Cameron Silverberg*<br>CAMERON SILVERBERG<br>Trial Attorney (D.C. Bar No. 1780628) |
| | *Counsel for Defendant* |
| | JUDICIAL WATCH, INC.<br>/s/ *Robert Patrick Sticht*<br>ROBERT PATRICK STICHT |
| | *Counsel for Plaintiffs* |

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Robert Patrick Sticht and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ *Cameron Silverberg*
CAMERON SILVERBERG