1 YAAKOV ROTH
Acting Assistant Attorney General
2 Civil Division

3
MARCIA BERMAN
4 Assistant Branch Director

5 RICHARD GILES
6 Trial Attorney (WY Bar No. 8-7222)
Civil Division, Federal Programs Branch
7 United States Department of Justice

8 1100 L Street, NW, Washington, DC 20005
Telephone: (202) 598-7598
9 Email: Richard.C.Giles@usdoj.gov

10
*Counsel for Defendant*

11

12 **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
13

14 ESTATE OF ASHLI BABBITT and
AARON BABBITT, individually and     Case No. 3:24-cv-00119-LL-JLB
15 on behalf of the ESTATE OF ASHLI
BABBITT,                            **JOINT STATUS REPORT**
16
17       Plaintiffs,                Hon. Linda Lopez

18       v.

19
U.S. DEPARTMENT OF JUSTICE,
20
21       Defendant.

22

23

24

25

26

27

28

Joint Status Report                  1              Case No. 3:24-cv-00119-LL-JLB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
25
26
27
28

In accordance with this Court's Order on March 26, 2024 (ECF No. 8), Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant") submit this Joint Status Report ("JSR"). The parties report as follows:

1.      Plaintiffs seek to obtain disclosure of records and other appropriate relief pertaining to two FOIA requests sent on February 27, 2023. The Complaint was filed on January 17, 2024, ECF No. 1, and answered on February 28, 2024, ECF No. 5.

2.      Under the scheduling order entered on October 3, 2024, the Federal Bureau of Investigation ("FBI") must make rolling productions of responsive, non-exempt records every month, based on a review of at least 500 pages of potentially responsive materials per month. *See* ECF No. 10.

3.      In the time since the parties' last JSR was filed, the FBI has made one further production:  On April 30, 2025, the FBI made its eighth interim production which consisted of media records. The FBI withheld one video in its entirety pursuant to exemptions (b)(6), (b)(7)(C), and (b)(7)(D).

4.      In accordance with the Court's order on October 30, 2024, the FBI

1    reports it has reviewed approximately 2,678 pages and all remaining media

2    records.  The FBI has also sent some pages to other government agencies (OGAs)

3    as part of the consultation process. The FBI is currently awaiting responses on

4    these consultations before it can make a final determination regarding these

5    records. The FBI will provide supplemental interim responses to Plaintiffs as it

6    receives consultation responses back from the OGAs.

7    5.      The FBI plans to make its next interim response on May 30, 2025.

8    6.      The parties will file another joint status report by July 15, 2025.

9

10

11

12

13

14

15

16

17

25

26

27

28

Joint Status Report         3         Case No. 3:24-cv-00119-LL-JLB

1    Dated:  May 12, 2025              Respectfully submitted,

2
                                       YAKOV ROTH
3                                      Acting Assistant Attorney General
                                       Civil Division
4
5                                      MARCIA BERMAN
                                       Assistant Branch Director
6                                      Civil Division, Federal Programs Branch

7
                                       /s/ *Richard Giles*
8                                      RICHARD GILES
                                       Trial Attorney (WY Bar No. 8-7222)
9
10                                     *Counsel for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report                          4                  Case No. 3:24-cv-00119-LL-JLB