YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

RICHARD GILES
Trial Attorney (WY Bar No. 8-7222)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Case No. 3:24-cv-00119-LL-JLB<br><br>**REQUEST TO WITHDRAW INCORRECTLY FILED DOCUMENT [Docket No. 16]**<br><br>Hon. Linda Lopez |

Notice of Withdrawal　　　　　　　　1　　　　　　　　Case No. 3:24-cv-00119-LL-JLB

1  Defendant U.S. Department of Justice, by and through its undersigned
2  Attorneys, requests to withdraw Document Number 16 (Joint Status Report)
3  Filed on May 16, 2025. Document No. 16 did not contain opposing counsel's
4  signature block as required for a joint status report.
5  Properly signed Joint Status Report will be re-filed

Dated: May 16, 202

Respectfully submitted,

YAKOV ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Richard Giles*
RICHARD GILES
Trial Attorney (WY Bar No. 8-7222)

*Counsel for Defendant*