YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

RICHARD GILES
Trial Attorney (WY Bar No. 8-7222)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, | Case No. 3:24-cv-00119-LL-JLB |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Hon. Linda Lopez |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

In accordance with this Court's Order on March 26, 2024 (ECF No. 8), Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant") submit this Joint Status Report ("JSR"). The parties report as follows:

1. Plaintiffs seek to obtain disclosure of records and other appropriate relief pertaining to two FOIA requests sent on February 27, 2023. The Complaint was filed on January 17, 2024, ECF No. 1, and answered on February 28, 2024, ECF No. 5.

2. Under the scheduling order entered on October 3, 2024, the Federal Bureau of Investigation ("FBI") must make rolling productions of responsive, non-exempt records every month, based on a review of at least 500 pages of potentially responsive materials per month. *See* ECF No. 10.

3. In the time since the parties' last JSR was filed, the FBI has made one further production: On April 30, 2025, the FBI made its eighth interim production which consisted of media records. The FBI withheld one video in its entirety pursuant to exemptions (b)(6), (b)(7)(C), and (b)(7)(D).

4. In accordance with the Court's order on October 30, 2024, the FBI

reports it has reviewed approximately 2,678 pages and all remaining media records.  The FBI has also sent some pages to other government agencies (OGAs) as part of the consultation process. The FBI is currently awaiting responses on these consultations before it can make a final determination regarding these records. The FBI will provide supplemental interim responses to Plaintiffs as it receives consultation responses back from the OGAs.

5. The FBI plans to make its next interim response on May 30, 2025.

6. The parties will file another joint status report by July 15, 2025.

Joint Status Report         3         Case No. 3:24-cv-00119-LL-JLB

Dated: May 12, 2025

Respectfully submitted,

YAKOV ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Richard Giles*
RICHARD GILES
Trial Attorney (WY Bar No. 8-7222)

*Counsel for Defendant*

JUDICIAL WATCH, INC.
/s/ *Robert Patrick Sticht*
ROBERT PATRICK STICHT

*Counsel for Plaintiffs*

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Robert Patrick Sticht and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ *Richard Giles*
RICHARD GILES