BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

KEVIN K. BELL
Trial Attorney (GA Bar No. 967210)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 3:24-cv-00119-LL-JLB <br><br> **JOINT STATUS REPORT** |

  In accordance with this Court's Order on March 26, 2024 (ECF No. 8), Plaintiffs Estate of Ashli Babbitt and Aaron Babbitt ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant") submit this Joint Status Report ("JSR"). The parties report as follows:

  1. Plaintiffs seek to obtain disclosure of records and other appropriate relief pertaining to two FOIA requests sent on February 27, 2023. The Complaint was filed on January 17, 2024, ECF No. 1, and answered on February 28, 2024, ECF No. 5.

  2. Under the scheduling order entered on October 3, 2024, the Federal Bureau of Investigation ("FBI") must make rolling productions of responsive, non-exempt records every month, based on a review of at least 500 pages of potentially responsive materials per month. *See* ECF No. 10.

  3. The FBI has sent some of the approximately 2,678 pages reviewed for this FOIA request to other government agencies as part of its consultation process. The FBI is currently awaiting response on these consultations before it can make a final determination regarding these records. The FBI continues to send Plaintiffs monthly consult letters informing Plaintiffs that the remaining consultations are still pending.

  4. Meanwhile, the Parties are discussing the records identified by the FBI, including records identified as being subject to one or more exemptions that may no longer apply, and the most appropriate path forward.

  5. The parties will file another JSR by Friday, March 6, 2026.

| | |
|---|---|
| Dated:  January 5, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br>Federal Programs Branch<br><br>/s/ *Kevin K. Bell*<br>KEVIN K. BELL<br>Trial Attorney (GA Bar No. 967210)<br><br>*Counsel for Defendant*<br><br><br>JUDICIAL WATCH, INC.<br>/s/ *Robert Patrick Sticht*<br>ROBERT PATRICK STICHT<br><br>*Counsel for Plaintiffs* |

### CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Robert Patrick Sticht and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ *Kevin K. Bell*
KEVIN K. BELL