ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, | Case No. 3:24-cv-00119-LL-JLB |
| Plaintiffs, | **JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | Hon. Linda Lopez |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Joint Motion and Stipulation for
Dismissal with Prejudice

1

Case No. 3:24-cv-00119-LL-JLB

Plaintiffs the Estate of Ashli Babbitt, and Aaron Babbitt, individually and on behalf of the Estate of Ashli Babbitt, and Defendant the U.S. Department of Justice have agreed to resolve Plaintiffs' claims against Defendant in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and S.D. Cal. Local Civil Rule 7.2, the Parties jointly stipulate and move the Court for the dismissal of Plaintiffs' claims against Defendant in this action with prejudice. The Parties stipulate that Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims. The Parties shall bear their own fees and costs.

Dated:  April 1, 2026

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ *Robert Patrick Sticht.*
ROBERT PATRICK STICHT

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Kevin K. Bell*
KEVIN K. BELL
Trial Attorney (Ga. Bar No. 967210)

*Counsel for Defendant*

## CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of

Joint Motion and Stipulation for
Dismissal with Prejudice

2

Case No. 3:24-cv-00119-LL-JLB

California, I certify that the content of this document is acceptable to Kevin K. Bell and that I have obtained authorization from him to affix his electronic signature to this document.

/s/ *Robert Patrick Sticht.*
ROBERT PATRICK STICHT