**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF ASHLI BABBITT and AARON BABBITT, individually and on behalf of the ESTATE OF ASHLI BABBITT, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 24cv0119-LL-JLB <br><br> **ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> [ECF NO. 30] |

Upon consideration of the Parties' Joint Motion and Stipulation for Dismissal with Prejudice [ECF No. 30], and for good cause shown, the Motion is **GRANTED**.

This action is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: April 2, 2026

_____
Honorable Linda Lopez
United States Magistrate Judge